IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELECOMM INNOVATIONS, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civ. No. 12-1328-SLR |
| HIRO, INC., | § § § | |
| Defendant. | § § § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims brought by Plaintiff Telecomm Innovations, LLC ("TI") against Defendant Hiro, Inc. ("Hiro") in the above-captioned action are hereby dismissed without prejudice and all counterclaims brought by Hiro against TI in the above-captioned action are hereby dismissed without prejudice, by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: January 17, 2014.                                    Respectfully submitted,


*/s/ Timothy Devlin*                                        */s/ John Day*
Timothy Devlin #4241                                        John G. Day
    tdevlin@farneydaniels.com           Email: jday@ashby-geddes.com
FARNEY DANIELS PC                                           Tiffany Geyer Lydon
1220 Market Street, Suite 850                               Email: tlydon@ashby-geddes.com
Wilmington, DE 19801                                        Lauren E. Maguire
Telephone: (302) 300-4626                                   Email: lmaguire@ashby-geddes.com
                                                        ASHBY & GEDDES
Stamatios Stamoulis #4606                                   500 Delaware Avenue, 8th Floor
    stamoulis@swdelaw.com                P.O. Box 1150
Richard C. Weinblatt #5080                                  Wilmington, DE 19899
    weinblatt@swdelaw.com
STAMOULIS & WEINBLATT LLC                                   Nate Dilger
Two Fox Point Centre                                        Email: ndilger@onellp.com
6 Denny Road, Suite 307                                     Paul Veravanich
Wilmington, DE 19809                                        Email: pveravanich@onellp.com
Telephone: (302) 999-1540                                   One LLP
                                                        4000 MacArthur West Tower, Suite 1100
*Attorneys for Plaintiff*                                   Newport Beach, CA 92660
*Telecomm Innovations LLC*

                                                        *Attorneys for Defendant Hiro Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

> */s/ Timothy Devlin*
> Timothy Devlin #4241